

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00576-CV

**IN THE INTEREST OF C.J.J. JR., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01036
Honorable Richard Garcia, Judge Presiding

## O R D E R

In this accelerated appeal of the July 18, 2018 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on October 15, 2018. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed in this court by November 5, 2018. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court